IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KELLEY JAMES WILSON,<br><br>                Defendant. | 4:15CR3058<br><br>**ORDER** |

    Defendant has moved to be released to state custody and a federal detainer to be lodged (Filing No. 97). The motion is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted.

    Accordingly,

    IT IS ORDERED:

1) Defendant's motion to be released to state custody and a federal detainer to be lodged, (Filing No. 97), is granted.

2) Defendant shall be returned to state custody for confinement on state charges.

3) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

    Dated this 30th day of January, 2025.

                                                                              BY THE COURT:

                                                                          *s/ Jacqueline M. DeLuca*
                                                                          United States Magistrate Judge