IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

KELLEY JAMES WILSON,

                Defendant.

4:15-CR-3058

ORDER

IT IS ORDERED:

1.     The government's motion to dismiss (filing 109) is granted.

2.     The petition for offender under supervision (filing 86) is dismissed without prejudice.

3.     The February 24, 2026 hearing is cancelled.

Dated this 18th day of February, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge